**PRISONER CASE**


R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. FLORA KARALL

**Defendant(s):** MARY SIGLER, etc., et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

JH

**Plaintiff's Address:**
Flora Karall
K-00093
Dwight - DWT
23813 East 3200 North Road
Dwight, IL 60420

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**07CV6125**
**JUDGE PALLMEYER**
**MAG. JUDGE MASON**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham    **Date:** 10/30/2007

Pallmeyer 05 C 1063
Mason

FILED
OCT 30 2007
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT