JH

**FILED**
OCT 3 0 2007 *aew*
Oct. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FLORA KARALL # K00093
Plaintiff

v.

MARY SIGLER, Warden
Defendant(s)

07CV6125
JUDGE PALLMEYER
MAG. JUDGE MASON

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Flora Karall, declare that I am the ☒plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # K00093   Name of prison or jail: Dwight Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $120.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: December of 1984
      Monthly salary or wages: $400.00
      Name and address of last employer: Kentucky Fried Chicken in Chicago.

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount_____   Received by_____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
  Amount_____ Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☒ No
  Amount_____ Received by_____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes ☒ No
  Amount_____ Received by_____

  e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
  Amount_____ Received by_____

  f. ☐ Any other sources (state source: _friend_ ) ☒ Yes ☐ No
  Amount _$25.00 monthly_ Received by _Robert Robbins_

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount:_____
  In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
  Address of property:_____
  Type of property:_____ Current value:_____
  In whose name held:_____ Relationship to you:_____
  Amount of monthly mortgage or loan payments:_____
  Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes ☒ No
  Property:_____
  Current value:_____
  In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: October 25, 2007

Signature of Applicant: *Flora Karall # K00093*

(Print Name): Flora Karall # K00093

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Flora Karall, I.D.# K00093 has the sum of $ 45.27 on account to his/her credit at (name of institution) Dwight C.C.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 149.37.
(Add all deposits from all sources and then divide by number of months).

DATE: 10/22/07

SIGNATURE OF AUTHORIZED OFFICER: *Amy Jensen*

(Print name): Amy Jensen

rev. 7/18/02

Date: 10/22/2007
Time: 11:28am
d_list_inmate_trans_statement_composite

# Dwight Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 04/01/2007 thru End;   Inmate: K00093;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** K00093 Karali, Flora                                 **Housing Unit:** DWL-03-02-10

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 76.79 |
| 04/02/07 | Point of Sale | 60 Commissary | 0927106 | 298105 | Commissary | -35.87 | 40.92 |
| 04/10/07 | Point of Sale | 60 Commissary | 100767 | 298882 | Commissary | -38.32 | 2.60 |
| 04/13/07 | Payroll | 20 Payroll Adjustment | 103114 | | ICI MONTH OF 3-07 | 81.55 | 84.15 |
| 04/17/07 | Point of Sale | 60 Commissary | 107767 | 299543 | Commissary | -52.10 | 32.05 |
| 04/18/07 | Disbursements | 84 Library | 108314 | Chk #99367 | 02041207, DOC: 523 Fund Librar, Inv. Date: 04/12/2007 | -.80 | 31.25 |
| 04/30/07 | Point of Sale | 60 Commissary | 120767 | 300132 | Commissary | -31.20 | .05 |
| 05/08/07 | Mail Room | 01 MO/Checks (Not Held) | 128222 | 11401656658 | Robbins, Robert | 25.00 | 25.05 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131114 | | ICI MONTH OF 4-07 | 88.78 | 113.83 |
| 05/15/07 | Point of Sale | 60 Commissary | 135767 | 301567 | Commissary | -39.46 | 74.37 |
| 05/16/07 | Disbursements | 88 postage | 136314 | Chk #99592 | 6113051607, Pitney Bowes Bank, Inv. Date: 05/16/2007 | -9.60 | 64.77 |
| 05/16/07 | Disbursements | 88 postage | 136314 | Chk #99592 | 6113051607, Pitney Bowes Bank, Inv. Date: 05/16/2007 | -9.60 | 55.17 |
| 05/21/07 | Point of Sale | 60 Commissary | 141767 | 302162 | Commissary | -12.83 | 42.34 |
| 05/22/07 | Disbursements | 88 postage | 142314 | Chk #99605 | 6113051807, Pitney Bowes Bank, Inv. Date: 05/18/2007 | -9.90 | 32.44 |
| 05/29/07 | Disbursements | 84 Library | 149314 | Chk #99709 | 02051707, DOC: 523 Fund Librar, Inv. Date: 05/17/2007 | -32.25 | .19 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151222 | 11520166050 | Robbins, Robert | 25.00 | 25.19 |
| 06/05/07 | Point of Sale | 60 Commissary | 156767 | 302895 | Commissary | -21.33 | 3.86 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159114 | | ICI MONTH OF 5-07 | 97.74 | 101.60 |
| 06/08/07 | Disbursements | 88 postage | 159314 | Chk #99765 | 6113060107, Pitney Bowes Bank, Inv. Date: 06/01/2007 | -2.49 | 99.11 |
| 06/12/07 | Point of Sale | 60 Commissary | 163767 | 303850 | Commissary | -98.33 | .78 |
| 06/29/07 | Mail Room | 01 MO/Checks (Not Held) | 180222 | 11520160637 | Robbins, Robert | 25.00 | 25.78 |
| 07/03/07 | Point of Sale | 60 Commissary | 1847107 | 305221 | Commissary | -18.02 | 7.76 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187114 | | ICI MONTH OF 6-07 | 95.65 | 103.41 |
| 07/10/07 | Disbursements | 84 Library | 191314 | Chk #99982 | 02071007, DOC: 523 Fund Librar, Inv. Date: 07/10/2007 | -22.50 | 80.91 |
| 07/10/07 | Point of Sale | 60 Commissary | 1917107 | 306021 | Commissary | -50.46 | 30.45 |
| 07/11/07 | Disbursements | 88 postage | 192314 | Chk #100019 | 6113071007, Pitney Bowes Bank, Inv. Date: 07/10/2007 | -1.99 | 28.46 |
| 07/11/07 | Disbursements | 88 postage | 192314 | Chk #100019 | 6113070907, Pitney Bowes Bank, Inv. Date: 07/09/2007 | -9.94 | 18.52 |
| 07/11/07 | Disbursements | 88 postage | 192314 | Chk #100019 | 6113070307, Pitney Bowes Bank, Inv. Date: 07/03/2007 | -1.98 | 16.54 |
| 07/11/07 | Disbursements | 88 postage | 192314 | Chk #100019 | 6113070907, Pitney Bowes Bank, Inv. Date: 07/09/2007 | -9.94 | 6.60 |
| 07/25/07 | Disbursements | 90 Medical Co-Pay | 206311 | Chk #100110 | 9007252007, DOC: 523 Fund Inma, Inv. Date: 07/25/2007 | -2.00 | 4.60 |
| 07/31/07 | Mail Room | 01 MO/Checks (Not Held) | 212222 | 11640363491 | Robbins, Robert | 25.00 | 29.60 |
| 08/01/07 | Disbursements | 88 Postage | 213311 | Chk #100132 | 611307262007, Pitney Bowes Ban, Inv. Date: 07/26/2007 | -.17 | 29.43 |
| 08/01/07 | Mail Room | 01 MO/Checks (Not Held) | 213222 | 11640364075 | Robbins, Robert | 10.00 | 39.43 |
| 08/07/07 | Point of Sale | 60 Commissary | 219767 | 307970 | Commissary | -24.12 | 15.31 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222114 | | ICI MONTH OF 7-07 | 89.11 | 104.42 |
| 08/10/07 | Disbursements | 88 postage | 222314 | Chk #100181 | 6113080107, Pitney Bowes Bank, Inv. Date: 08/01/2007 | -4.60 | 99.82 |
| 08/10/07 | Disbursements | 88 postage | 222314 | Chk #100181 | 6113080107, Pitney Bowes Bank, Inv. Date: 08/01/2007 | -10.60 | 89.22 |
| 08/14/07 | Point of Sale | 60 Commissary | 226795 | 308711 | Commissary | -44.10 | 45.12 |
| 08/21/07 | Point of Sale | 60 Commissary | 233767 | 309427 | Commissary | -20.79 | 24.33 |

Date: 10/22/2007  
Time: 11:28am  
d_list_inmate_trans_statement_composite

Case 1:07-cv-06125  Document 3  Filed 10/30/2007  Page 5 of 5

Dwight Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 04/01/2007 thru End;     Inmate: K00093;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: K00093 Karall, Flora**   **Housing Unit: DWI-03-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/21/07 | Disbursements | 88 postage | 233314 | Chk #100263 | 6113081707, Pitney Bowes Bank, Inv. Date: 08/17/2007 | -9.20 | 15.13 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 241222 | 11640368698 | Robbins, Robert | 25.00 | 40.13 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -9.20 | 30.93 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -.17 | 30.76 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -3.17 | 27.59 |
| 09/11/07 | Point of Sale | 60 Commissary | 2547109 | 310671 | Commissary | -11.78 | 15.81 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257114 | | ICI MONTH OF 8-07 | 123.94 | 139.75 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257222 | 11520153628 | Robbins, Robert | 25.75 | 165.50 |
| 09/17/07 | Disbursements | 84 Library | 260314 | Chk #100378 | 02091707, SCHOOL DIST. #428, Inv. Date: 09/17/2007 | -.90 | 164.60 |
| 09/17/07 | Disbursements | 84 Library | 260314 | Chk #100378 | 02082107, SCHOOL DIST. #428, Inv. Date: 08/21/2007 | -15.60 | 149.00 |
| 09/17/07 | Disbursements | 88 postage | 260314 | Chk #100380 | 6113091407, Pitney Bowes Bank, Inv. Date: 09/14/2007 | -2.83 | 146.17 |
| 09/18/07 | Point of Sale | 60 Commissary | 261795 | 311329 | Commissary | -101.79 | 44.38 |
| 09/27/07 | Disbursements | 90 Medical Co-Pay | 270314 | Chk #100444 | 90092407, DOC: 523 Fund Inmate, Inv. Date: 09/24/2007 | -2.00 | 42.38 |
| 09/28/07 | Disbursements | 88 postage | 271314 | Chk #100508 | 6113092507, Pitney Bowes Bank, Inv. Date: 09/25/2007 | -9.20 | 33.18 |
| 09/28/07 | Disbursements | 88 postage | 271314 | Chk #100508 | 6113092507, Pitney Bowes Bank, Inv. Date: 09/25/2007 | -.17 | 33.01 |
| 10/02/07 | Point of Sale | 60 Commissary | 275767 | 312088 | Commissary | -29.18 | 3.83 |
| 10/09/07 | Disbursements | 88 Postage | 282314 | Chk #100557 | 611310052007, Pitney Bowes Ban, Inv. Date: 10/05/2007 | -.41 | 3.42 |
| 10/09/07 | Disbursements | 88 postage | 282314 | Chk #100557 | 6113100207, Pitney Bowes Bank, Inv. Date: 10/02/2007 | -.58 | 2.84 |
| 10/09/07 | Disbursements | 88 postage | 282314 | Chk #100557 | 6113100207, Pitney Bowes Bank, Inv. Date: 10/02/2007 | -.41 | 2.43 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285114 | | ICI MONTH OF 9-07 | 113.69 | 116.12 |
| 10/12/07 | Disbursements | 88 postage | 285314 | Chk #100567 | 6113100907, Pitney Bowes Bank, Inv. Date: 10/09/2007 | -.41 | 115.71 |
| 10/16/07 | Point of Sale | 60 Commissary | 2897111 | 313342 | Commissary | -35.44 | 80.27 |
| 10/17/07 | Disbursements | 88 sending to mom | 290314 | Chk #100591 | 1476101507, Burton, Rose, Inv. Date: 10/15/2007 | -80.00 | .27 |
| 10/19/07 | Mail Room | 01 MO/Checks (Not Held) | 292234 | 11520164766 | Robbins, Robert | 45.00 | 45.27 |

|  |  |
|---|---:|
| Total Inmate Funds: | 45.27 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 45.27 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |