## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6125 | **DATE** | 11/2/2007 |
| **CASE TITLE** | Flora Karall vs. Mary Sigler, et al | | |

**DOCKET ENTRY TEXT**

Flora Karall has filed a petition for a writ of habeas corpus, challenging her 1997 conviction for solicitation of murder and the resulting 32-year sentence. Ms. Karall acknowledges she filed an earlier petition with this court, which was dismissed as untimely on May 26, 2005. *Karall v. Robertson*, No. 05 C 1063. This court will not entertain a second or successive petition for a writ of habeas corpus, which would in any event be doomed as untimely. This matter is dismissed. Motion to proceed *informa pauperis* (3) and motion to appoint counsel (4) are denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|