# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6125 | **DATE** | 12/5/2007 |
| **CASE TITLE** | Flora Karall vs. Mary Sigler, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Minute Order of 11/2/2007, the above cause is dismissed. This order is final and appealable.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cv-06125   Document 8   Filed 12/05/2007   Page 1 of 1

07C6125 Flora Karall vs. Mary Sigler, et al                                                                                              Page 1 of 1