# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6125 | **DATE** | 1/2/2008 |
| **CASE TITLE** | Flora Karall vs. Mary Sigler, et al | | |

**DOCKET ENTRY TEXT**

Flora Karall seeks a certificate of appealability from this court's November 2, 2007 order dismissing her most recent habeas corpus petition. As explained in that order, the petition is a second or successive petition, and Ms. Karall has not sought leave to file it from the Court of Appeals. Any such petition would, in any event, be untimely. The petition for a certificate of appealability (9) is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|