FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                            (312)435-5850


**To:** District Court Clerk's Office

**Re:** Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 1/25/08 |
| Appellate Court No.: | 08-1194 |
| Short Caption: | Karall v. Sigler |
| District Court Judge: | Judge Pallmeyer |
| District Court No.: | 07 C 6125 |

If you have any questions regarding this appeal, please call this office.

**cc:** **Court Reporter**