# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CEM

FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FEE NOTICE and ORDER

Date: January 25, 2008
Re: Karall, Flora v. Sigler, Mary
    Appeal No.: 08-1194

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 6125, Rebecca R. Pallmeyer, Judge

To:     Flora Karall
        DWIGHT CORRECTIONAL CENTER
        #K-00093
        23813 E. 3200 North Road
        Dwight, IL  60420
        USA

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal.  This appeal was docketed on 1/25/08.  The District Court has indicated that as of 12/26/07 the docket fee has not been paid.  Depending on your situation, you should:

  1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.**  The Court of Appeals cannot accept this fee.  You should keep a copy of the receipt for your records.

  2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the 6 month period preceding the filing of the notice of appeal, **if you have not already done so.**  An original and three copies of that motion, with proof of service on your opponent, is required.  This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/1/98), listing the assets and income of the appellant(s).

  3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court.  If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

    IT IS ORDERED that all other proceedings in this appeal are SUSPENDED pending the decision by this court as to whether to issue a certificate of appealability.  The court will take no further action in this appeal until the fee status is resolved.

    Neither party should tender any brief or motion that is not related to petitioner's request for a certificate of appealability.  Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant.  Any motion not related to petitioner's request for a certificate of appealability will be deemed denied without further court action.


(1260-032900)
bcc:   Michael W. Dobbins