# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

February 1, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Karall -v- Sigler

U.S.D.C. DOCKET NO. : 07 cv 6125

U.S.C.A. DOCKET NO. : 08 - 1194

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S*)*        *1 Volume of Pleadings*

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                            D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Karall -v- Sigler.

USDC NO.   : 07 cv 6125

USCA NO.   : 08-1194

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 1st day of Feb. 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

APPEAL, HABEAS, MASON, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06125
## Internal Use Only

Karall v. Sigler et al
Assigned to: Honorable Rebecca R. Pallmeyer

Case in other court:          08-01194

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/30/2007
Date Terminated: 11/02/2007
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Plaintiff**

**Flora Karall**
*United States of America ex rel.*

represented by **Flora Karall**
K-00093
Dwight - DWT
23813 East 3200 North Road
Dwight, IL 60420
PRO SE

V.

**Defendant**

**Mary Sigler**
*Warden of Dwight Correctional Center*

**Defendant**

**Lisa Madigan**
*Attorney General of the State of Illinois*

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph

Page 1 of  3

12th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| **Date Filed** | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | RECEIVED Petition for writ of habeas corpus and no copies (Exhibits) by Plaintiff Flora Karall. (smm) (Entered: 10/31/2007) |
| 10/30/2007 | 2 | CIVIL Cover Sheet. (smm) (Entered: 10/31/2007) |
| 10/30/2007 | 3 | APPLICATION and financial affidavit by Plaintiff Flora Karall for leave to proceed in forma pauperis (Exhibit). (smm) (Entered: 10/31/2007) |
| 10/30/2007 | 4 | MOTION by Plaintiff Flora Karall for appointment of counsel. (smm) (Entered: 10/31/2007) |
| 10/30/2007 | 5 | POST MARKED envelope for initiating document by Flora Karall (Document not scanned) (aew, ) (Entered: 11/02/2007) |
| 11/02/2007 | 6 | MINUTE entry before Judge Rebecca R. Pallmeyer :Flora Karall has filed a petition for a writ of habeas corpus, challenging her 1997 conviction for solicitation of murder and the resulting 32-year sentence. Ms. Karall acknowledges she filed an earlier petition with this court, which was dismissed as untimely on 5/26/05. Karall v. Robertson, no. 05 C 1063. This court will not entertain a second or successive petition for a writ of habeas corpus, which would in any event be doomed as untimely. This matter is dismissed. Motion to proceed in forma pauperis 3 and motion to appoint counsel 4 are denied.Mailed notice (smm) (Entered: 11/05/2007) |
| 11/21/2007 | 7 | (Court only) RECEIPT regarding payment of filing fee paid; on 11/21/2007 in the amount of $5.00, receipt number 10651084. (smm) (Entered: 11/26/2007) |
| 12/05/2007 | 8 | MINUTE entry before Judge Rebecca R. Pallmeyer :Pursuant to Minute Order of 11/2/2007, the above cause is dismissed. This order is final and appealable. Civil case terminated.Mailed notice (hp, ) (Entered: 12/06/2007) |

| | | |
|---|---|---|
| 12/26/2007 | 9 | MOTION by Plaintiff Flora Karall for a certificate of appealability (Exhibits). (smm) (Entered: 12/29/2007) |
| 12/26/2007 | 11 | USDC docket entry #9 is to be construed as a NOTICE of appeal by Flora Karall regarding orders 9.(Fee Due) (dj, ) (Entered: 01/25/2008) |
| 01/02/2008 | 10 | MINUTE entry before Judge Rebecca R. Pallmeyer : Flora Karall seeks a certificate of appealability from this court's November 2, 2007 order dismissing her most recent habeas corpus petition. As explained in that order, the petition is a second or successive petition, and Ms. Karall has not sought leave to file it from the Court of Appeals. Any such petition would, in any event, be untimely. The petition for a certificate of appealability 9 is denied. Mailed notice (td, ) (Entered: 01/03/2008) |
| 01/25/2008 | 12 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 11. Notified counsel (dj, ) (Entered: 01/25/2008)~~ |
| 01/25/2008 | 13 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 11 ; USCA Case No. 08-1194. (kjc, ) (Entered: 01/29/2008)~~ |
| 01/25/2008 | 14 | ~~CIRCUIT Rule 3(b) Notice; It is ordered that all other proceedings in this appeal are suspended pending the decision by this court as to whether to issue a certificate of appealability. The court will take no further action in this appeal until the fee status is resolved. (kjc, ) (Entered: 01/29/2008)~~ |

```
KEY

All items are included in this record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```