U.S.C.A - 7th Circuit
FILED
FEB 11 2008 DDS
GINO J. AGNELLO
CLERK

FILED
FEB 11 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FLORA KARALL, ) Appeal From The United
    Petitioner-Appellant, ) States District Court For
) The Northern District Of
No. 08-1194  v. ) Illinois, Eastern Division
)
MARY SIGLER, ) No. 07 C 6125
    Respondent-Appellee. )
) Rebecca R. Pallmeyer,
) Judge.

MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**NOW COMES** Appellant Flora Karall, <u>Pro Se</u>, requesting this Honorable Court grant her Motion For Permission To Appeal In Forma Pauperis. Appellant hereby offers the following:

1. Appellant has been incarcerated continuously since November 5, 1992, and is presently being held in custody and residing at the Dwight Correctional Center in Dwight, Illinois, County of Livingston.

2. Appellant is without sufficient income or assets with which to pay the docketing fee of $450.00 and has attached her Affidavit in support of her motion along with a copy of her six month prison trust account statement.

3. Appellant currently has the sum of $-1.58 in her prison trust account and has attached to this motion a Certificate of verification.

4. Appellant is filing this motion before her (14) day deadline of February 8, 2008.

WHEREFORE, Appellant prays this Honorable Court will recognize her poverty status as to allow her appeal to proceed by granting her Motion For Permission To Appeal In Forma Pauperis.

DATE February 7, 2008                        *Flora Karall*
                                                  FLORA KARALL, Appellant

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, FLORA KARALL   Pro Se, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 7th day of February, 2008.

FILED
FEB 11 2008   YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Flora Karall_
FLORA KARALL                    Affiant - Pro Se