AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

**FILED**
FEB 11 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FLORA KARALL,
  Petitioner-Appellant,

v.   Case No. 08-1194

MARY SIGLER,
  Respondent-Appellee.

Appeal from the United States District Court for the Northern District of Illinois

District Court No. 07 C 6125

District Court Judge Rebecca R. Pallmeyer

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Flora Karall

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: February 7, 2008

**My issues on appeal are:**

Appellant's jurisdictional due process rights of detainment are being violated as guaranteed her by the United States Constitutional Amendment 14 section 1.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $N/A | $N/A | $N/A | $N/A |
| Self-employment | $N/A | $N/A | $N/A | $N/A |
| Income from real property (such as rental income) | $N/A | $N/A | $N/A | $N/A |
| Interest and dividends | $N/A | $N/A | $N/A | $N/A |
| Gifts | $N/A | $N/A | $N/A | $N/A |
| Alimony | $N/A | $N/A | $N/A | $N/A |
| Child support | $N/A | $N/A | $N/A | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $N/A | $N/A | $N/A | $N/A |
| Disability (such as social security, insurance payments) | $N/A | $N/A | $N/A | $N/A |
| Unemployment payments | $N/A | $N/A | $N/A | $N/A |
| Public-assistance (such as welfare) | $N/A | $N/A | $N/A | $N/A |
| Other (specify): N/A | $N/A | $N/A | $N/A | $N/A |
| **Total monthly income:** | $N/A | $N/A | $N/A | $N/A |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No   Is property insurance included? [ ] Yes [ ] No   N/A | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle expenses) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ N/A |

| | | |
|---|---|---|
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor vehicle | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): N/A | $ N/A | $ N/A |
| Department store (name): N/A | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No   If yes, describe on an attached sheet.  N/A

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A
N/A
N/A

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:

__N/A__

__N/A__

__N/A__

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Appellant is living solely on approximately $100.00 a month State pay to meet her personal needs in which is not provided to her by the Dwight Correctional Center. Therefore, Appellant cannot afford said docket fee because of her poverty status.

13. State the address of your legal residence.

Elora Korall # K60093
Dwight Correctional Center
23813 E. 3200 North Rd.
Dwight, Illinois 60420-Y144

Your daytime phone number: (___) __N/A__

Your age: 43  Your years of schooling: 14

Your social-security number: 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

CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRI
AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action ha
sum of $ -1.58 in his trust fund account at this correctiona
center where is confined. I further certify that the plaintiff or
petitioner has the following securities to his credit according to the
records of this institution: _____

_____

_____

_____
Authorized Officer

_____
Institution

_____
Title

2/7/08
Date

MPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF
HE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 2/7/2008    Case 1:07-cv-06125 Dwight Correctional Center Filed 02/11/2008    Page 7 of 10    Page 1
Time: 11:47am    Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: K00093;    Active Status Only ? : No;    Print Restrictions ? : Yes; Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** K00093 Karall, Flora      **Housing Unit:** DWI-03-02-10

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 29.60 |
| 08/01/07 | Disbursements | 88 Postage | 213311 | Chk #100132 | 611307262007, Pitney Bowes Ban, Inv. Date. 07/26/2007 | -.17 | 29.43 |
| 08/01/07 | Mail Room | 01 MO/Checks (Not Held) | 213222 | 11640364075 | Robbins, Robert | 10.00 | 39.43 |
| 08/07/07 | Point of Sale | 60 Commissary | 219767 | 307970 | Commissary | -24.12 | 15.31 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222114 | | ICI MONTH OF 7-07 | 89.11 | 104.42 |
| 08/10/07 | Disbursements | 88 postage | 222314 | Chk #100181 | 6113080107, Pitney Bowes Bank, Inv. Date: 08/01/2007 | -4.60 | 99.82 |
| 08/10/07 | Disbursements | 88 postage | 222314 | Chk #100181 | 6113080107, Pitney Bowes Bank, Inv. Date: 08/01/2007 | -10.60 | 89.22 |
| 08/14/07 | Point of Sale | 60 Commissary | 226795 | 308711 | Commissary | -44.10 | 45.12 |
| 08/21/07 | Point of Sale | 60 Commissary | 233767 | 309427 | Commissary | -20.79 | 24.33 |
| 08/21/07 | Disbursements | 88 postage | 233314 | Chk #100263 | 6113081707, Pitney Bowes Bank, Inv. Date: 08/17/2007 | -9.20 | 15.13 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 241222 | 11640368698 | Robbins, Robert | 25.00 | 40.13 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -9.20 | 30.93 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -.17 | 30.76 |
| 08/31/07 | Disbursements | 88 postage | 243314 | Chk #100354 | 6113083007, Pitney Bowes Bank, Inv. Date: 08/30/2007 | -3.17 | 27.59 |
| 09/11/07 | Point of Sale | 60 Commissary | 2547109 | 310671 | Commissary | -11.78 | 15.81 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257114 | | ICI MONTH OF 8-07 | 123.94 | 139.75 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257222 | 11520153628 | Robbins, Robert | 25.75 | 165.50 |
| 09/17/07 | Disbursements | 84 Library | 260314 | Chk #100378 | 02091707, SCHOOL DIST. #428, Inv. Date: 09/17/2007 | -.90 | 164.60 |
| 09/17/07 | Disbursements | 84 Library | 260314 | Chk #100378 | 02082107, SCHOOL DIST. #428, Inv. Date: 08/21/2007 | -15.60 | 149.00 |
| 09/17/07 | Disbursements | 88 postage | 260314 | Chk #100380 | 6113091407, Pitney Bowes Bank, Inv. Date: 09/14/2007 | -2.83 | 146.17 |
| 09/18/07 | Point of Sale | 60 Commissary | 261795 | 311329 | Commissary | -101.79 | 44.38 |
| 09/27/07 | Disbursements | 90 Medical Co-Pay | 270314 | Chk #100444 | 90092407, DOC: 523 Fund Inmate, Inv. Date: 09/24/2007 | -2.00 | 42.38 |
| 09/28/07 | Disbursements | 88 postage | 271314 | Chk #100508 | 6113092507, Pitney Bowes Bank, Inv. Date: 09/25/2007 | -9.20 | 33.18 |
| 09/28/07 | Disbursements | 88 postage | 271314 | Chk #100508 | 6113092507, Pitney Bowes Bank, Inv. Date: 09/25/2007 | -.17 | 33.01 |
| 10/02/07 | Point of Sale | 60 Commissary | 275767 | 312088 | Commissary | -29.18 | 3.83 |
| 10/09/07 | Disbursements | 88 Postage | 282314 | Chk #100557 | 611310052007, Pitney Bowes Ban, Inv. Date: 10/05/2007 | -.41 | 3.42 |
| 10/09/07 | Disbursements | 88 postage | 282314 | Chk #100557 | 6113100207, Pitney Bowes Bank, Inv. Date: 10/02/2007 | -.58 | 2.84 |
| 10/09/07 | Disbursements | 88 postage | 282314 | Chk #100557 | 6113100207, Pitney Bowes Bank, Inv. Date: 10/02/2007 | -.41 | 2.43 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285114 | | ICI MONTH OF 9-07 | 113.69 | 116.12 |
| 10/12/07 | Disbursements | 88 postage | 285314 | Chk #100567 | 6113100907, Pitney Bowes Bank, Inv. Date: 10/09/2007 | -.41 | 115.71 |
| 10/16/07 | Point of Sale | 60 Commissary | 2897111 | 313342 | Commissary | -35.44 | 80.27 |
| 10/17/07 | Disbursements | 88 sending to mom | 290314 | Chk #100591 | 1476101507, Burton, Rose, Inv. Date: 10/15/2007 | -80.00 | .27 |
| 10/19/07 | Mail Room | 01 MO/Checks (Not Held) | 292234 | 11520164766 | Robbins, Robert | 45.00 | 45.27 |
| 10/31/07 | Disbursements | 88 sending to mom | 304314 | Chk #100674 | 1476102207, Burton, Rose, Inv. Date: 10/22/2007 | -20.00 | 25.27 |
| 10/31/07 | Disbursements | 88 postage | 304314 | Chk #100711 | 6113103007, Pitney Bowes Bank, Inv. Date: 10/30/2007 | -.41 | 24.86 |

Date: 2/7/2008
Time: 11:47am
d_list_inmate_trans_statement_composite

Case 1:07-cv-06125 Document 19 Filed 02/11/2008 Page 8 of 10

Dwight Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: K00093;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K00093 Karall, Flora**              **Housing Unit: DWI-03-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | Disbursements | 88 postage | 304314 | Chk #100711 | 6113102607, Pitney Bowes Bank, Inv. Date: 10/26/2007 | -11.87 | 12.99 |
| 10/31/07 | Disbursements | 88 postage | 304314 | Chk #100711 | 6113102307, Pitney Bowes Bank, Inv. Date: 10/23/2007 | -.41 | 12.58 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313114 | | ICI MONTH OF 10-07 | 124.86 | 137.44 |
| 11/14/07 | Point of Sale | 60 Commissary | 318790 | 315408 | Commissary | -51.37 | 86.07 |
| 11/15/07 | Disbursements | 84 Library | 319314 | Chk #100759 | 02103107, DOC: 523 Fund Librar, Inv. Date: 10/31/2007 | -14.00 | 72.07 |
| 11/15/07 | Disbursements | 84 Library | 319314 | Chk #100759 | 02111407, DOC: 523 Fund Librar, Inv. Date: 11/14/2007 | -1.60 | 70.47 |
| 11/15/07 | Disbursements | 88 filing fee | 319314 | Chk #100791 | 4657110907, CLERK, U.S. DISTRI, Inv. Date: 11/09/2007 | -5.00 | 65.47 |
| 11/21/07 | Disbursements | 88 postage | 325314 | Chk #100837 | 6113111907, Pitney Bowes Bank, Inv. Date: 11/19/2007 | -1.31 | 64.16 |
| 11/27/07 | Point of Sale | 60 Commissary | 3317113 | 316145 | Commissary | -37.69 | 26.47 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 332222 | 11821934531 | Robbins, Robert | 25.00 | 51.47 |
| 11/30/07 | Disbursements | 88 postage | 334314 | Chk #100910 | 6113112607, Pitney Bowes Bank, Inv. Date: 11/26/2007 | -.41 | 51.06 |
| 12/06/07 | Disbursements | 88 sister | 340314 | Chk #100928 | 1476120307, Burton, Rose, Inv. Date: 12/03/2007 | -50.00 | 1.06 |
| 12/11/07 | Mail Room | 01 MO/Checks (Not Held) | 345222 | 11880777330 | Robbins, Robert | 25.00 | 26.06 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348114 | | ICI MONTH OF 11-07 | 109.79 | 135.85 |
| 12/18/07 | Point of Sale | 60 Commissary | 352767 | 318017 | Commissary | -53.28 | 82.57 |
| 12/21/07 | Disbursements | 88 sister | 355314 | Chk #101015 | 1476121807, Burton, Rose, Inv. Date: 12/18/2007 | -50.00 | 32.57 |
| 12/24/07 | Disbursements | 88 postage | 358314 | Chk #101057 | 6113121907, Pitney Bowes Bank, Inv. Date: 12/19/2007 | -6.99 | 25.58 |
| 12/24/07 | Disbursements | 88 postage | 358314 | Chk #101057 | 6113122407, Pitney Bowes Bank, Inv. Date: 12/24/2007 | -2.62 | 22.96 |
| 12/24/07 | Disbursements | 88 postage | 358314 | Chk #101057 | 6113121807, Pitney Bowes Bank, Inv. Date: 12/18/2007 | -1.64 | 21.32 |
| 12/24/07 | Point of Sale | 60 Commissary | 358790 | 318713 | Commissary | -17.09 | 4.23 |
| 12/26/07 | Disbursements | 84 Library | 360314 | Chk #101058 | 02122007, DOC: 523 Fund Librar, Inv. Date: 12/20/2007 | -2.80 | 1.43 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011114 | | ICI MONTH OF 12-07 | 100.97 | 102.40 |
| 01/14/08 | Disbursements | 84 Library | 014314 | Chk #101164 | 02010308, DOC: 523 Fund Librar, Inv. Date: 01/03/2008 | -2.25 | 100.15 |
| 01/15/08 | Point of Sale | 60 Commissary | 0157113 | 320244 | Commissary | -31.07 | 69.08 |
| 01/15/08 | Disbursements | 88 postage | 015314 | Chk #101167 | 6113011108, Pitney Bowes Bank, Inv. Date: 01/11/2008 | -1.82 | 67.26 |
| 01/15/08 | Disbursements | 88 postage | 015314 | Chk #101167 | 6113011108, Pitney Bowes Bank, Inv. Date: 01/11/2008 | -2.50 | 64.76 |
| 01/18/08 | Disbursements | 88 transcripts | 018314 | Chk #101212 | 2563011408, Richland College, Inv Date: 01/14/2008 | -2.00 | 62.76 |
| 01/18/08 | Disbursements | 88 sister | 018314 | Chk #101213 | 1476011408, Burton, Rose, Inv. Date: 01/14/2008 | -50.00 | 12.76 |
| 01/25/08 | Mail Room | 01 MO/Checks (Not Held) | 025222 | 11369502696 | Robbins, Robert | 50.00 | 62.76 |
| 01/25/08 | Disbursements | 88 postage | 025314 | Chk #101304 | 6113012208, Pitney Bowes Bank, Inv. Date: 01/22/2008 | -9.20 | 53.56 |
| 01/30/08 | Disbursements | 84 Library | 030314 | Chk #101310 | 02012208, DOC: 523 Fund Librar, Inv. Date: 01/22/2008 | -.15 | 53.41 |
| 01/31/08 | Disbursements | 88 transcript fee | 031314 | Chk #101331 | 1509013108, Macmurray College, Inv. Date: 01/31/2008 | -10.00 | 43.41 |

Date: 2/7/2008   Case 1:07-cv-06125  Document 19   Filed 02/11/2008   Page 9 of 10   Page 3
Time: 11:47am
d_list_inmate_trans_statement_composite

Dwight Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: K00093;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K00093 Karall, Flora**  **Housing Unit: DWI-03-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/06/08 | Point of Sale | 60 Commissary | 037790 | 321758 | Commissary | -26.74 | 16.67 |

|  |  |
|---|---|
| Total Inmate Funds: | 16.67 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 18.25 |
| Funds Available: | -1.58 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/31/2008 | 02013108 | Disb | Library Copies | 2 DOC: 523 Fund Library | $11.25 |
| 02/01/2008 | 6113020108 | Disb | postage | 6113 Pitney Bowes Bank Inc. | $5.30 |
| 02/06/2008 | 02020608 | Disb | Library Copies | 2 DOC: 523 Fund Library | $1.70 |
|  |  |  |  | **Total Restrictions:** | **$18.25** |

UNITED ATATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FLORA KARALL,  ) Appeal From The United
    Petitioner-Appellant,  ) States District Court For
)  The Northern District Of
No. 08-1194   v.  ) Illinois, Eastern Division.
)
MARY SIGLER,  ) No. 07 C 6125
    Respondent-Appellee.  )
) Rebecca R. Pallmeyer,
)    Judge.

### PROOF OF SERVICE

TO: Office Of The Clerk
    United States Court Of Appeals
    For The Seventh Circuit
    219 S. Dearborn Street
    Chicago, IL 60604-1874

PLEASE TAKE NOTICE THAT on February 7, 2008, I have placed the documents listed below in the Institutional Mail Box at the Dwight Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion For Permission To Appeal In Forma Pauperis, Affidavit Accompaning Motion For Permission To Appeal In Forma Pauperis, Affidavit Of Affirmation Under Penalty Of Perjury, Trust Fund Inmate (6) Month Transaction Statement with Certificate. Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE February 7, 2008

_Flora Karall_
Flora Karall-Appellant