# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6125 | **DATE** | February 20, 2008 |
| **CASE TITLE** | United States ex rel. Flora Karall (K-00093) v. Mary Sigler, et al. | | |

**DOCKET ENTRY TEXT:**

Finding Petitioner indigent, the Court grants her motion to proceed on appeal *in forma pauperis* [18]. The Court denied Petitioner a certificate of appealability in its order of 1/2/08 [10]. The Clerk is directed to send a copy of this order to the PLRA Attorney, U.S. Court of Appeals.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|