# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 19, 2008

**FILED**
MAR 2 0 2008  NR
3-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By the Court:

| | |
|---|---|
| FLORA KARALI,<br>    Petitioner-Appellant,<br><br>No. 08-1194    v.<br><br>MARY SIGLER,<br>    Respondent Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6125<br>]<br>] Rebecca R. Pallmeyer,<br>]    Judge. |

The following is before the court:

1. **CHECK IN THE AMOUNT OF $5.00**, received by this court on March 19, 2008. Accordingly,

**IT IS ORDERED** that the clerk of this court endorse and send the check to the clerk of the district court.